GABRIELLE E. GORDON, CA Bar No. 318153
gabrielle.gordon@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
NATIONAL OIL WELL VARCO, L.P. and
MIKE PENSINGER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUY PATCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL OIL WELL VARCO, L.P., a Delaware corporation; MIKE PENSINGER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-06570 AH (PDx)<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>Complaint Filed: April 13, 2026<br>Trial Date: None<br>District Judge: Hon. Anne Hwang, Courtroom 9C, First St.<br>Magistrate Judge: Hon. Patricia Donahue, Courtroom 580, Roybal |

NOTICE IS HEREBY GIVEN that Defendants NATIONAL OIL WELL VARCO, L.P. and MIKE PENSINGER appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendants' Motion to Compel Arbitration ("Order") entered on September 28, 2026 (Document 18). A true and correct copy of the Order is attached as **Exhibit 1**. The Order is immediately appealable pursuant to 9 U.S.C. § 16(a)(1)(B) and applicable law.

Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendants' Representation Statement is attached hereto as **Exhibit 2**.

DATED: October 7, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Gabrielle E. Gordon*
Gabrielle E. Gordon
Matthew R. Richardson

Attorneys for Defendants
NATIONAL OIL WELL VARCO, L.P. and
MIKE PENSINGER