# EXHIBIT 2

GABRIELLE E. GORDON, CA Bar No. 318153
gabrielle.gordon@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants-Appellants
NATIONAL OIL WELL VARCO, L.P. and
MIKE PENSINGER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GUY PATCH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONAL OIL WELL VARCO, L.P., a Delaware corporation; MIKE PENSINGER, an individual; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:26-cv-06570 AH (PDx)

**DEFENDANTS-APPELLANTS' REPRESENTATION STATEMENT**

Complaint Filed: April 13, 2026
Trial Date: None
District Judge: Hon. Anne Hwang
Courtroom 9C, First St.
Magistrate Judge: Hon. Patricia Donahue
Courtroom 580, Roybal

Pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2(b), the following list identifies all parties to the action along with the names, addresses, and telephone numbers of their respective counsel, if known.

JOSEPH TOJARIEH (SBN 265492)
jft@stonebrooklaw.com
STONEBROOK LAW
10250 Constellation Boulevard, Suite 2300
Los Angeles, California 90067
Tel: (310) 553-5533

Attorney for Plaintiff-Appellee
GUY PATCH

GABRIELLE E. GORDON, CA Bar No. 318153
gabrielle.gordon@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants-Appellants
NATIONAL OIL WELL VARCO, L.P. and
MIKE PENSINGER

DATED: October 7, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Gabrielle E. Gordon*
Gabrielle E. Gordon
Matthew R. Richardson

Attorneys for Defendants-Appellants
NATIONAL OIL WELL VARCO, L.P. and
MIKE PENSINGER